# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:21-1655

**KAREEM NEAL**  AUSA: Ranganath Manthripragada
Defense Atty.: Erin Hyde

| U.S. MAGISTRATE JUDGE | Gregory J. Kelly Courtroom 3C | | August 13, 2021 5:08-5:13 = 06 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Brandon Ramirez |

### CLERK'S MINUTES
### INITIAL APPEARANCE ON RULE 5C INDICTMENT/BOND HEARING

**DEFENDANT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Parties advised of Due Process Protections Act
Dft advised of his rights
Dft requests appointment of counsel/Court appoints FPD
No issue as to identity
Gov summarizes charge(s)/penalties
Gov does not seek detention requests release on conditions
Dft has no objections to requested conditions as provided by PTS
Court releases dft on conditions as stated
Court adjourned